IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-cv-95-MPM-RP

ANTHONIE BOWEN　　　　　　　　　　　　　　　　　　　　DEFENDANT

## CONSENT JUDGMENT

　　　　This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Anthonie Bowen  Based on the certified financial information provided by Defendant, and in recognition of his cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Anthonie Bowen in the sum of $23,333.33.  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party.  Defendant Anthonie Bowen agrees that the sum owed, $23,333.33 plus interest, is due and payable in full immediately.  Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

　　　　Provided, however, execution shall not issue upon this judgment as long as Defendant Anthonie Bowen pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied.  The amount of this payment shall be subject to review and modification not less than annually.  This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Anthonie Bowen will be credited to his outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

_____
Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Anthonie Bowen – pro se Plaintiff